UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA SINGLETON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST STUDENT MANAGEMENT LLC, et al., <br><br> Defendants. | HONORABLE JOSEPH E. IRENAS <br><br> CIVIL ACTION NO. 13-1744 (JEI/JS) <br><br> **ORDER GRANTING PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION, FLSA COLLECTIVE ACTION, AND PROPOSED SETTLEMENT OF THE CLASS ACTION AND COLLECTIVE ACTION** |

**APPEARANCES:**

CRONIN & MUSTO
By:  Patrick T. Cronin, Esq.
9 Tanner Street
Suite 202
Haddonfield, New Jersey 08033

BERKOWITZ & ASSOCIATES, PC
By:  Steven A. Berkowitz, Esq.
10000 Lincoln Drive East
Suite 202
Marlton, New Jersey 08053
    Counsel for Plaintiffs

LITTLER MENDELSON, P.C.
By:  Michael T. Grosso, Esq.
    Alison Andolena, Esq.
    Amber M. Spataro, Esq.
One Newark Center
8th Floor
Newark, New Jersey 07102
    Counsel for Defendants

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon the parties' Joint Motion for Preliminary Approval of Collective and Class Settlement and Provisional Certification of Settlement Class (Docket #94); having reviewed the parties' submissions; having heard oral argument on July 21, 2014; for the reasons set forth in an Opinion on even date herewith; and for good cause appearing:

**IT IS** on this 6 day of August, 2014,

**ORDERED THAT:**

1. The proposed class, defined as "all persons employed by First Student Management LLC and/or First Student, Inc. at the Lawnside, Burlington, Berlin, Delran, Chatham, or Cologne facilities as a driver or aide (a.k.a. monitor) at any time from March 21, 2011 to December 31, 2013," is **PROVISIONALLY CERTIFIED** pursuant to Federal Rules of Civil Procedure 23(a) and 23(b), and **PRELIMINARILY APPROVED** to proceed pursuant to 29 U.S.C. § 216(b) under the Fair Labor Standards Act as a collective action;

2. Berkowitz & Associates, PC, and Cronin and Musto are **APPOINTED** as class counsel;

2

3. The Plaintiffs are hereby **GRANTED LEAVE** to amend the caption of their Complaint within fourteen days of the entry of this Order;

4. The Stipulation and Settlement Agreement ("Settlement Agreement"), attached to the Joint Motion as Exhibit A, is **PRELIMINARILY APPROVED**;

5. The Proposed Notice of Proposed Settlement Agreement and Fairness hearing, attached to the Joint Motion as Exhibit B, is **APPROVED**;

6. The Angeion Group is hereby **APPOINTED** as the Claims Administrator and shall mail the Notice of Settlement and Fairness Hearing in accordance with the procedures and within the time outlined in the Settlement Agreement to all class members and opt-in Plaintiffs;

7. The Final Fairness Hearing shall be held on **Tuesday, October 14, 2014 at 3:00 PM in Courtroom 1, Mitchell H. Cohen Building and United States Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101.**

_____

JOSEPH E. IRENAS, S.U.S.D.J.

3